Argued June 22, affirmed June 22, petition for rehearing denied July 25, petition for review denied October 25, 1972

## TIMOTHY DEAN CHAMBERLAIN, *Appellant, v.* CUPP (No. 73054), *Respondent.*

497 P2d 1244

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Robert L. Misner,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.